**SO ORDERED.**

Dated: March 30, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

---

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26585

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-25479-RTB |
| Daniel R. Waddell, Daniel R. Waddell, Sandra M. Waddell, Sandra M. Waddell, | Chapter 7 |
| Debtors. | ORDER |
| Wells Fargo Bank, N.A., | (Related to Docket #18) |
| Movant, | |
| vs. | |
| Daniel R. Waddell, Daniel R. Waddell, Sandra M. Waddell, Sandra M. Waddell, Debtors, Roger W. Brown, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 24, 2005 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Daniel R. Waddell, Daniel R.  Waddell, Sandra M. Waddell, Sandra M. Waddell have an interest in, further described as:

> The West 187.25 feet to the Southwest quarter of the Northeast quarter of the Southwest quarter of Section 8, Township 6 North, Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;
>
> EXCEPT the South 349.56 feet thereof: and
>
> EXCEPTING unto the United States of America all the coal and other minerals in the said lands, as set forth in the Patent of said land.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.